## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott A. Lemieux,

        Plaintiff,

v.

Soo Line Railroad Company
d/b/a Canadian Pacific,

        Defendant.

**PLACEHOLDER FOR TABS A , B, AND C TO THE DECLARATION OF MARK REDD**

Case Number:  0:16-cv-01794 (JRT-HB)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

    *Tabs A, B and C to the Declaration of Mark Redd*

These exhibits contain confidential internal business information in the form of email correspondence addressing individual employee discipline review and confidential personnel information including termination information regarding former employees of Defendant and has been designated by Defendant as confidential material. The entire document is confidential and was impractical to redact due to the fact that the documents, in their entirety, relate to the confidential discipline and/or termination decisions.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X   Item Under Seal pursuant to a court order* (Document number of protective order: 10)

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
       (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).