UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott A. Lemieux,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Soo Line Railroad Company<br>d/b/a Canadian Pacific,<br><br>　　　　　Defendant. | **STATEMENT INSTEAD OF REDACTED DOCUMENTS**<br><br>Case Number:  0:16-cv-01794 (JRT-HB) |

　　　Tabs A, B and C to the Declaration of Mark Redd and Exhibit F to the Declaration of Greta Bauer Reyes are confidential in their entirety.


Dated:  December 18, 2017　　　　　　/s/ *Tracey Holmes Donesky*
　　　　　　　　　　　　　　　　　　Tracey Holmes Donesky (#302727)
　　　　　　　　　　　　　　　　　　tracey.donesky@stinson.com
　　　　　　　　　　　　　　　　　　Greta Bauer Reyes (#0391100)
　　　　　　　　　　　　　　　　　　greta.reyes@stinson.com
　　　　　　　　　　　　　　　　　　Stinson Leonard Street LLP
　　　　　　　　　　　　　　　　　　150 South Fifth Street, Suite 2300
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　Telephone: (612) 335-1479

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**