# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott A. Lemieux, | COURT MINUTES – CIVIL |
| Plaintiff, | BEFORE: HILDY BOWBEER |
| v. | U.S. MAGISTRATE JUDGE |
| Soo Line Railroad Company a/k/a Canadian Pacific Railway, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 16-cv-1794 (JRT/HB) |
| Date: | February 22, 2019 |
| Courthouse: | Saint Paul |
| Courtroom: | Chambers – Room 632 |
| Recording: | AUDIO (5:52 – 6:09 PM) |
| Time Commenced: | 9:20 AM |
| Time Concluded: | 6:10 PM |
| Time in Court: | 8 Hours & 50 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

### APPEARANCES:

Plaintiff: Thomas Fuller

Defendant: Tracey Holmes Donesky, Greta Bauer Reyes

### PROCEEDINGS:

☒ Settlement reached. Terms stated on the record.

Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

☐ No settlement reached.

**Other Remarks:**

Plaintiff Scott Lemieux, along with his fiancé, Natalie Brown, were present. Marie van Uitert, Legal Counsel,US, appeared for Defendant.

The parties should bring any dispute about terms of the settlement to the Court for resolution.

s/ *Judith M. Kirby*
Courtroom Deputy