UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott A. Lemieux, | Civ. No. 0:16-cv-01794 (JRT-HB) |
| Plaintiff, | |
| vs. | |
| Soo Line Railroad Company d/b/a Canadian Pacific Railway,[1] | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate to dismiss the above matter with prejudice in its entirety. Said dismissal with prejudice is without attorneys' fees, costs, disbursements, or expenses to any party.

Dated: 4/22, 2019

*[signature]*
Thomas W. Fuller, MN ID 0394778
Hunegs, LeNeave & Kvas, P.A.
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, Minnesota 55391
(612) 339-4511; tfuller@hlklaw.com
**ATTORNEYS FOR PLAINTIFF**

Dated: 4/25, 2019

*[signature]*
Tracey Holmes Donesky (#302727)
Stinson, Leonard Street LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN. 55402
(612) 335-1479; tracey.donesky@stinson.com
**ATTORNEYS FOR DEFENDANT**

---

[1] The proper entity name for Defendant is Soo Line Railroad Company d/b/a Canadian Pacific.

150925737.