UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott A. Lemieux, | Civ. No. 0:16-cv-01794 (JRT-HB) |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER DISMISSAL WITH PREJUDICE |
| Soo Line Railroad Company d/b/a Canadian Pacific Railway,[1] | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. (Docket No. __.) Accordingly, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees, costs, expenses, and disbursements.

Dated: __, 2019

_____
The Honorable Chief John R. Tunheim
United States District Court

---

[1] The proper entity name for Defendant is Soo Line Railroad Company d/b/a Canadian Pacific.

152215376.1